**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEVORK GUYUNDZHYAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. LA CV 14-01416-VBF (JPR)<br><br>**RULE 58 FINAL JUDGMENT** |

　　　Final judgment is hereby entered in favor of the respondent and against petitioner Gevork Geyundzhyan.

*Valerie Baker Fairbank*

DATED: September 2, 2015

　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　Senior United States District Judge